**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Paul Thibeau,** **Civil No. 00-1586 (DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**McLeodUSA Incorporated,**

**Defendant.**

---

Timothy R. Thornton, Esq. on behalf of Plaintiff.

Thomas H. Boyd, Esq. and Kelly R. Baier, Esq. on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on March 26, 2001, on Defendant McLeodUSA's Motion for a Protective Order (Doc. No. 11) and Motion to Amend the Scheduling Order to Extend the Discovery and Trial Ready Dates (Doc. No. 14). The motions were heard via telephone conference. Mr. Thornton and Mr. Boyd appeared in person and Mr. Baier appeared via telephone.

Defendant seeks a Protective Order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiff from deposing Gregg Hammann on March 27, 2001. Rule 26(c) provides that "for good cause shown, the court ... in the district where the deposition is to be taken may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." The federal rules "confer[ ] broad discretion on the court to decide when a protective order is appropriate and what degree of protection is required." Seattle Times Co. v. Rhinehart, 467 U.S. 20, 36, 104 S.Ct. 2199, 81 L.Ed.2d 17 (1984). On February 7, 2001,

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Mr. Hammann's deposition was noticed for March 27, 2001. Over one month later, on March 16, 2001, Defendant notified Plaintiff that Mr. Hammann would be unavailable on March 27, 2001, for his deposition with no real explanation. At the hearing, the Court agreed to delay Mr. Hammann's deposition until April 25, 2001. Due to the unexplained delay, however, Mr. Hammann is required to travel to Minnesota for his deposition and the Court orders Defendant to pay for the costs of not proceeding with Mr. Hammann's deposition, as scheduled, on March 27, 2001. Mr. Thornton will provide the Court with an affidavit outlining any costs incurred due to this delay.

Defendant also seeks to amend the Scheduling Order, by extending the discovery deadline and trial ready date, in order to accommodate Mr. Hammann's and Mr. Thibeau's depositions. The Court declines to extend the trial ready date in this case. However, the Court will extend the discovery deadline for the limited purpose of allowing Mr. Hammann's and Mr. Thibeau's depositions to take place on April 25, 2001. Defendant is also granted a one week extension for disclosure of expert witnesses from April 2, 2001, to April 10, 2001. The parties will prepare an Amended Pretrial Scheduling Order for the Court's approval and signature.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

(1) Defendant's Motion for a Protective Order (Doc. No. 11) is **GRANTED IN PART AND DENIED IN PART;**

(2) Defendant's Motion to Amend the Scheduling Order to Extend the Discovery and Trial Ready Dates (Doc. No. 14) is **GRANTED IN PART AND DENIED IN PART**.

Dated: March 27, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge