UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PAUL THIBEAU, Plaintiff, vs. McLEODUSA INCORPORATED, Defendant. | ) | Court File No. 00-1586 (DSD/SRN) **AMENDED PRETRIAL SCHEDULING ORDER** |

This matter came on for hearing before the undersigned on March 26, 2001, with respect to Defendant McLeodUSA Incorporated's Motion for a Protective Order and Motion to Amend the Pretrial Scheduling Order. Timothy Thornton appeared on behalf of Plaintiff Paul Thibeau. Kelly Baier and Thomas Boyd appeared on behalf of Defendant McLeodUSA Incorporated.

Based on the submissions made by the parties and argument of counsel, as well as the materials on file with the Court, it is hereby ordered that the Pretrial Scheduling Order filed October 13, 2000, shall be amended as follows:

1. McLeodUSA shall present Gregg Hammann for his deposition by Plaintiff in St. Paul and McLoedUSA shall be permitted to depose the Plaintiff. No other depositions will be permitted. These depositions shall be commenced in time to be completed by May 1, 2001.

* * *

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before March 9, 2001.

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

b. By Defendant(s) on or before April 10, 2001.

The other dates set forth in the Court's Pretrial Scheduling Order dated October 13, 2000, including but not limited to the deadlines for dispositive motions and the deadline for trial readiness shall remain in full force and effect.

Dated: March 28, 2001

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge

idmsstp:619611_1