UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1586(DSD/SRN)

Paul Thibeau,

Plaintiff,

v. **ORDER**

McLeodUSA, Inc.,

Defendant.

This matter is before the court on defendant's appeal of the magistrate judge's order dated June 20, 2001, in which the magistrate judge granted plaintiff's motion for leave to file an amended complaint. Defendant now objects to the magistrate judge's order asserting that the plain language of Minn. Stat. § 181.13 does not contemplate the protection of stock options. Defendant thus contends that the magistrate judge's ruling was clearly erroneous and plaintiff's motion to amend must be denied as a matter of law.

This court may only set aside the order of the magistrate judge related to non-dispositive pretrial matters if the order is found to be clearly erroneous or contrary to law pursuant to Local Rule 72.1(b)(2). See also 28 U.S.C. § 636(b)(1)(a); and Fed. R. Civ. P. 72(a).

After reviewing the magistrate judge's order, the file and record, the court concludes that the magistrate judge's order is

JUL 16 2001
FILED ____________
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

neither clearly erroneous nor contrary to law. Whether stock options are covered under Minn. Stat. § 181.13 is a matter of first impression in this jurisdiction. After considering the plain language of the statute, the legislative intent, and the particular facts of this case, the court believes that magistrate judge's order was well-reasoned and within the bounds of the law.

Accordingly, **IT IS HEREBY ORDERED** that the court affirms and adopts the magistrate judge's order dated June 20, 2001, in its entirety.

Dated: July 17, 2001

David S. Doty, Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500