ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL THIBEAU,

Plaintiff,

vs.

McLEODUSA INCORPORATED,

Defendant.

File No. 00-1586 DSD/SRN

**STIPULATION AND ORDER FOR LEAVE TO EXTEND THE TIME TO PLEAD OR OTHERWISE ANSWER**

**WHEREAS**, pursuant to the order of Judge Magistrate Susan Richard Nelson dated June 20, 2001, Plaintiff served his Amended Complaint on Defendant on June 25, 2001.

**WHEREAS**, pursuant to the order of Judge Magistrate Susan Richard Nelson dated June 20, 2001, Defendant had 20 days in which to file and serve its Answer to the Amended Complaint;

**WHEREAS**, on June 28, 2001, Defendant filed and served Objections to the Judge Magistrate's Order dated June 20, 2001;

**WHEREAS**, on July 11, 2001 counsel for Plaintiff agreed to grant Defendant an extension to answer until August 10, 2001.

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant shall answer or otherwise plead to Plaintiff's Complaint may be extended to August 10, 2001.

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 7/16/01

Timothy R. Thornton (#109630)
Kristen L. C. Haugen (#276170)
Briggs and Morgan, P.A.
649 2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Plaintiff Paul Thibeau***

Dated: 7/16/01

John J. McDonald, Jr. (#136815)
J. Richard Bland (#8801)
Bradley J. Lindeman (#0298116)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant McLeodUSA, Incorporated***

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendant shall answer or otherwise plead to Plaintiff's Complaint shall be extended to August 10, 2001.

Dated: July 17, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

\897885

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500