UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL THIBEAU,

Plaintiff,

vs.

McLEODUSA INCORPORATED,

Defendant.

File No. 00-1586 DSD/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel and pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, that the above-entitled action is dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court may forthwith Order judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: September 10, 2001

Timothy R. Thornton (#109630)
Kristen L. C. Haugen (#276170)
Briggs and Morgan, P.A.
649 2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Plaintiff Paul Thibeau***

FILED 9-14-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 9-14-01
Deputy Clerk's Initials

Dated: 9/13/01

J. Richard Bland
John J. McDonald, Jr. (#136815)
J. Richard Bland (#8801)
Bradley J. Lindeman (#0298116)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant McLeodUSA, Incorporated***

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation of Dismissal With Prejudice entered into by the parties and upon Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 9/14/01

Judge David S. Doty
United States District Court

## JUDGMENT

The foregoing shall constitute judgment by the Court.

Entered: ______________ **CLERK OF COURT:**

_______________________________________
Clerk of Court

/902964

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500